638

Joseph Harold McGIRR, Appellant,

v.

UNITED STATES of America, Appellee.

No. 14217.

United States Court of Appeals District of Columbia Circuit.

Argued Jan. 21, 1958.

Decided Feb. 6, 1958.

Mr. Norman E. Jorgensen, Washington, D. C., with whom Mr. Seymour Krieger, Washington, D. C. (both appointed by this Court), was on the brief, for appellant.

Mr. Carl W. Belcher, Asst. U. S. Atty., with whom Messrs. Oliver Gasch, U. S. Atty., and Lewis Carroll, Asst. U. S. Atty., were on the brief, for appellee.

Before EDGERTON, Chief Judge, and DANAHER and BASTIAN, Circuit Judges.

PER CURIAM.

Appellant was convicted of transporting in interstate commerce a motor vehicle known to be stolen, in violation of 18 U.S.C. § 2312, and was committed to the custody of the Attorney General under the Federal Youth Corrections Act, 18 U.S.C. § 5010(b). We find no error affecting substantial rights.

Affirmed.

David Meade PEEBLES, Appellant,

v.

DISTRICT OF COLUMBIA, Appellee.

No. 14019.

United States Court of Appeals District of Columbia Circuit.

Argued Feb. 7, 1958.

Decided Feb. 20, 1958.

David Meade Peebles, appellant pro se.

Mr. Hubert B. Pair, Asst. Corp. Counsel for the District of Columbia, with whom Messrs. Chester H. Gray, Corp. Counsel, Milton D. Korman, Principal Asst. Corp. Counsel, and Stanley De-Neale, Asst. Corp. Counsel, were on the brief, for appellee.

Before EDGERTON, Chief Judge, and BAZELON and DANAHER, Circuit Judges

PER CURIAM.

This appeal is from an order confirming a jury's award of $500 for land, subject to rights of way, taken by the District of Columbia for a public alley. We find no error.

Affirmed.